

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,074-03

### EX PARTE MICHAEL CHARLES HILL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W99-70647-N(C) IN THE 195TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to five years' imprisonment. He did not appeal his conviction.

Applicant contends, among other things, that his guilty plea was involuntary. After holding an evidentiary hearing, the trial court made findings of fact, concluded that Applicant's plea was involuntary, and recommended that we grant relief. The State agrees.

Relief is granted. The judgment in cause number F-99-70647-MVN in the 195th District

Court of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered:   May 23, 2018
Do not publish